UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENAN THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX,<br><br>        Defendant. | Case No. 24-cv-08904-VC   (PHK)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT DISCOVERY HEARING**<br><br>Re: Dkt. 73 |

On August 7, 2025, the Court held a discovery hearing regarding multiple discovery disputes and to discuss overall discovery management in the above-captioned matter. [Dkt. 73]. The Court ordered *pro se* Plaintiff Kenan Thompson multiple times to appear in person for this hearing. [Dkts. 54, 58, 61, 68, 70, and 72]. Despite weeks of proper notice of the hearing and multiple prior Orders (issued both by the undersigned and Judge Chhabria) requiring his attendance, Plaintiff Thompson failed to appear at the hearing. *Id.*

Failure to comply with a court Order may result in negative consequences such as sanctions, up to and including a report and recommendation for dismissal of the case. *See* Fed. R. Civ. P. 16(f) and 41(b). Failure to appear and argue in support of a motion is indicative of abandonment of the duty to litigate a case in good faith and demonstrates a failure to prosecute an action reasonably.

Accordingly, Plaintiff Kenan Thompson is hereby **ORDERED TO SHOW CAUSE** why he failed to obey court Orders, why he failed to prosecute, and why the Court should not impose negative consequences (including but not limited to discovery sanctions, monetary sanctions, civil contempt finding, or other appropriate sanctions) on Plaintiff for his failure to appear at the August 7, 2025, hearing.

Plaintiff Thompson is **ORDERED** to file a one-page written response to this Order to Show Cause explaining why he failed to appear and why negative consequences are not warranted no later than **August 18, 2025**.  Failure to file a timely and adequate response to this Order to Show Cause may result in negative consequences such as sanctions, up to and including a report and recommendation for dismissal of this action for failure to prosecute and failure to comply with court Orders.

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
PETER H. KANG
United States Magistrate Judge